# 291540

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO. 10-38530-BKC-RAM
IZONIE JAMES
ERNI JAMES

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 7,518.79 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: ____JUL 2 5 2011____                    _____
                                              NANCY N. HERKERT
                                              CHAPTER 13 TRUSTEE

Copies to:

IZONIE JAMES
ERNI JAMES
14501 NW 5 AVE
MIAMI, FL 33168

HENRY PORTNER, ESQUIRE
1005 WEST INDIANTOWN ROAD
SUITE B202
JUPITER, FL 33458

INDYMAC BANK, FSB
PO BOX 4045
KALAMAZOO, MI 49003

INDYMAC BANK, FSB
PO BOX 4045
KALAMAZOO, MI 49003

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.  10-38530-BKC-RAM
IZONIE JAMES
ERNI JAMES

                                    CHAPTER 13


IZONIE JAMES
ERNI JAMES
14501 NW 5 AVE
MIAMI, FL 33168


HENRY PORTNER, ESQUIRE
1005 WEST INDIANTOWN ROAD
SUITE B202
JUPITER, FL 33458

INDYMAC BANK, FSB              ---------$        5,817.00
PO BOX 4045                                 *Refused*
KALAMAZOO, MI 49003                         *Claim Register 0*

INDYMAC BANK, FSB              ---------$        1,701.79
PO BOX 4045                                 *Refused*
KALAMAZOO, MI 49003                         *Claim Register 0*

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130